## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Quarry Hills, Ltd. | ) | ASBCA No. 58136 |
| | ) | |
| Under Contract No. W912PL-10-C-0043 | ) | |

APPEARANCE FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
  Bailey & Bailey, P.C.
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
  Elizabeth A. Moriarty, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 September 2014

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58136, Appeal of Quarry Hills, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals